United States District Court
Southern District of Texas
**ENTERED**
June 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWIN DE JESUS ESCOBAR PENADO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-666 |
| | § | |
| | § | |
| MARKWAYNE MULLIN, *et al.,* | § | |
| | § | |
| Respondents. | § | |

## PRELIMINARY INJUNCTION

On June 26, 2026, the Court held a hearing on Petitioner's request for a preliminary injunction in this matter.

Based upon the record and the applicable law, and for the reasons stated on the record, the Court concludes that Petitioner is entitled to a preliminary injunction to the following extent. It is:

**ORDERED** that Respondents may not remove Petitioner to a third country less than seven days after providing him with the notice of the country to which he will be removed; and

**ORDERED** that Respondents shall comply with the notice and screening provisions of the March 2025 Guidance as to Petitioner, irrespective of whether the Secretary has determined that the country of removal has provided credible diplomatic assurances that aliens removed to that country will not be persecuted or tortured, and subject to the other requirements in this Order.

Signed on June 26, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge