United States District Court
Southern District of Texas
**ENTERED**
October 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWIN DE JESUS ESCOBAR PENADO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-666 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Petitioner Edwin De Jesus Escobar Penado seeks to dismiss all claims against Respondents. (Mot. to Dismiss, Doc. 20) Petitioner indicates he was recently transferred, and as a result, he seeks to dismiss the present Petition for Writ of Habeas Corpus (Doc. 1). Respondents filed no response to the Motion.

Under Rule 41(a)(2), a district court possesses the discretion to grant a plaintiff's motion for dismissal "on terms that the court considers proper." *Id.* Dismissal under Rule 41(a)(2) is generally without prejudice unless otherwise indicated. *Id.* A Rule 41(a)(2) motion "should be freely granted unless the non-moving party will suffer some plain legal prejudice other than the mere prospect of a second lawsuit." *Elbaor v. Tripath Imaging, Inc.*, 279 F.3d 314, 317 (5th Cir. 2002).

The Court finds that good cause supports Petitioner's request for dismissal. As a result, it is:

**ORDERED** that Petitioner Edwin De Jesus Escobar Penado's Renewed Motion to Dismiss for Voluntary Dismissal Without Prejudice (Doc. 20) is **GRANTED**; and

**ORDERED** that Petitioner Edwin De Jesus Escobar Penado's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED** without prejudice.

Except as agreed upon by the parties, each party will bear its own attorneys' fees and costs.

The Clerk of Court is directed to close this matter.

Signed on October 15, 2026.

Fernando Rodriguez, Jr.
United States District Judge